STEVENS, O'CONNELL & JACOBS LLP
MATTHEW G. JACOBS (SBN 122066)
JAMES P. ARGUELLES (SBN 185828)
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110
Email: mgj@sojllp.com

Attorneys for Defendant
SHANE BURRESON

FILED

JUL 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARRET GRIFFITH GILILLAND III,
WILLIAM E. BAKER, SHANE BURRESON,
CHRISTOPHER M. CHIAVOLA, BRANDON
RESENDEZ, LEONARD WILLIAMS,
NICOLE MAGPUSAO, NICHE FORTUNE,
KESHA HAYNIE, and REMY HENG,

    Defendant.

Case No. CR S 08-376 EJG

DEFENDANT SHANE BURRESON'S
WAIVER OF APPEARANCE

[F.R.Cr.P. 43]

P Order

The undersigned Defendant SHANE BURRESON hereby acknowledges that he has been advised of his right to appear personally at any hearing or proceeding before this Court, including proceedings that involve questions of law and any subsequent status conferences. Understanding these rights, and having conferred with his undersigned counsel, Defendant does hereby freely and voluntarily waive his right to be present at any such proceedings or hearings, except as otherwise directed by this Court, and hereby requests that this Court proceed during every absence of the Defendant that the Court may permit pursuant to this waiver. Defendant further hereby acknowledges and agrees that his interests are represented at all times by the presence of his attorney the same as if the Defendant was

Stevens,
O'Connell &
Jacobs LLP

1

DEFENDANT SHANE BURRESON'S WAIVER OF APPEARANCE

personally present in court, and further agrees that notice to his attorney that his presence in court on a particular day, at a particular time, is required is notice to the Defendant of the requirement of his appearance at that time and place. Defendant further acknowledges that he has been informed of his rights and authorizes his attorney to set all times and delays without Defendant being present.

Dated: June 21, 2010

_____
SHANE BURRESON

Dated: June 21, 2010

STEVENS, O'CONNELL & JACOBS LLP

By: _____
MATTHEW G. JACOBS
Attorneys for Defendant
SHANE BURRESON

IT IS SO ORDERED

_____

7/12/10

---

2

DEFENDANT SHANE BURRESON'S WAIVER OF APPEARANCE