STEVENS, O'CONNELL & JACOBS LLP
MATTHEW G. JACOBS (SBN 122066)
JAMES P. ARGUELLES (SBN 185828)
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110
Email: mgj@sojllp.com

Attorneys for Defendant
SHANE BURRESON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARRET GRIFFITH GILILLAND III, WILLIAM E. BAKER, SHANE BURRESON, CHRISTOPHER M. CHIAVOLA, BRANDON RESENDEZ, LEONARD WILLIAMS, NICOLE MAGPUSAO, NICHE FORTUNE, KESHA HAYNIE, and REMY HENG,<br><br>Defendants. | Case No. CR S 08-376 EJG<br><br>STIPULATION AND ORDER TO RELEASE PASSPORT TO DEFENDANT SHANE BURESSON |

Defense counsel represents the following:

Prior to being charged in this case, Defendant Shane Burreson became engaged to be married on October 2, 2010 and made plans to spend his honeymoon in Cancun, Mexico, from October 5-16, 2010. As part of these plans, Mr. Burreson and his fiancée purchased a non-refundable honeymoon package. At his arraignment Mr. Burreson was released on a $100,000 unsecured appearance bond and ordered to turn over his passport to the Pretrial Services Office, which he has done. A waiver of Mr. Burreson's appearance has also been submitted and approved by this

1
STIPULATION AND [PROPOSED] ORDER TO RELEASE PASSPORT

Court. Mr. Burreson has made all of his prior Court appearances and met all of his obligations with the Pretrial Services Office. The Pretrial Services Office has no objection to allowing Mr. Burreson to travel to Cancun for his honeymoon as previously planned.

Accordingly, the parties stipulate and agree as follows:

(1) The Pretrial Services Office will release Mr. Burreson's passport and allow him to pick it up at any time on or after September 27, 2010;

(2) Mr. Burreson will be permitted to travel to Cancun for his honeymoon; and

(3) Mr. Burreson will return his passport to the Pretrial Services office by no later than October 21, 2010.

Dated: August 17, 2010  /s/ James P. Arguelles
James P. Arguelles
Attorney for Defendant Shane Burreson


Dated: August 17, 2010  /s/ Russell L. Carlberg
Russell L. Carlberg
Assistant United States Attorney


IT IS SO ORDERED

Dated: August 23, 2010

/s/
Hon. Edward J. Garcia
United States District Court

Stevens, O'Connell & Jacobs LLP

STIPULATION AND [PROPOSED] ORDER TO RELEASE PASSPORT