UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Shane BURRESON *& Order*
Docket Number: 2:08CR00376-03
<u>REQUEST TO CHANGE JUDGMENT AND
SENTENCE TO STATUS CONFERENCE</u>

Your Honor:

Mr. Burreson is scheduled for Judgment and Sentencing on April 15, 2011. However, he is expected to testify at the trials of codefendants, and the trial dates have not been set. It is expected Mr. Burreson's testimony will have some impact on his sentence, and the government will not be able to fully determine its recommendation until after the trials are completed.

Per agreement with the government and defense counsel, it is respectfully requested that the Judgment and Sentencing currently set for April 15, 2011, at 10:00 a.m. be changed to a Status Conference.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the presentence report.

Respectfully submitted,

HUGO ORTIZ
United States Probation Officer

**REVIEWED BY:**

JEFFREY C. OESTREICHER
**Supervising United States Probation Officer**

Dated: February 18, 2010
Sacramento, California

FILED
MAR 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1

RE: Shane Burreson
Docket Number: 2:08CR00376-03
<u>REQUEST TO CHANGE JUDGMENT AND
SENTENCE TO STATUS CONFERENCE</u>

cc: Clerk, United States District Court
Russell L. Carlberg, Assistant United States Attorney
Matthew G. Jacobs, Attorney at Law
Probation Office Calendar Clerk

✓ **Approved**            _/s/ Edward J. Garcia_  3/1/11
                    **EDWARD J. GARCIA**
                    **Senior United States District Judge**      **Date**
___ **Disapproved**