BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD WILLIAMS, et al.,<br><br>    Defendants. | CR. S-08-376 EJG<br><br>**SUMMARY JUDGMENT OF DECISION** |

Defendant Shane Burreson's Unopposed Application for Rule 44 Inquiry (the "Application") came on regularly for hearing before Senior United States District Court Judge Edward J. Garcia on August 26, 2011. *See* Docket # 252. Assistant U.S. Attorney Russell Carlberg appeared on behalf of the United States. Eduardo Roy of DLA Piper LLP (US) appeared on behalf of defendant Kesha Haynie, and Matthew Jacobs of DLA Piper LLP (US) appeared on behalf of defendant Shane Burreson. Docket # 265. Defendants Haynie and Burreson were present in the courtroom.

Having considered the Application, the supporting Declaration of Matthew G. Jacobs and the exhibits attached to it, and having extensively inquired of defendants Haynie and Burreson

1

| | |
|---|---|
| 1 | at the hearing, and for the reasons stated in the attached |
| 2 | transcript of the August 26, 2011 hearing, the Court finds no |
| 3 | conflict of interest concerning Mr. Roy's and Mr. Jacobs's |
| 4 | representation of defendants Haynie and Burreson, and that if |
| 5 | such a conflict currently exists or arises in the future, |
| 6 | defendants Haynie and Burreson have freely, knowingly, |
| 7 | voluntarily and intelligently waived it. |

**IT IS SO ORDERED**

Date: October 27, 2011            /s/ Edward J. Garcia

                                  Hon. EDWARD J. GARCIA
                                  United States District Court Judge