# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
United States Probation Office

## ~~INTEROFFICE~~ MEMORANDUM & Order

**TO:** Colleen Lydon, Courtroom Deputy to Honorable Edward J. Garcia

**FROM:** Ronnie Preap, United States Probation Officer  *RP*

**DATE:** 6/28/2012

**SUBJECT:** Shane Burreson, Docket No. 2:08CR00376-03

### JUDGMENT AND SENTENCING CONTINUANCE

The above matter is scheduled for judgment and sentencing on July 13, 2012. Due to the heavy workload and the voluminous discovery in this case, the undersigned officer needs additional time to complete the presentence report in this matter. All parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | August 10, 2012   10:00 a.m. |
| Reply or Statement of Non-Opposition: | August 3, 2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 27, 2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | July 20, 2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 13, 2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | June 29, 2012 |

**Reviewed by:** *[signature]*
JEFFREY C. OESTREICHER
Supervising United States Probation Officer

cc: Russell L. Carlberg, Assistant United States Attorney
    Matthew G. Jacobs, Defense Counsel

**FILED**
JUL 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**IT IS SO ORDERED**
*[signature]*
7/2/12

Rev. 09/2011